**Order entered June 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00057-CV

## NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

## V.

## ELISSA KATZ, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

## ORDER

By letter dated May 20, 2021, we directed Dallas County Clerk John F. Warren to file, no later than June 1, 2021, a supplemental clerk's record containing a copy of the trial court's January 22, 2021 order denying plaintiffs' emergency application for temporary injunction. To date, however, it has not been filed. Accordingly, we **ORDER** Mr. Warren to file the requested supplemental record **no later than June 15, 2021**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    CRAIG SMITH
        JUSTICE